**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01101-CV

### MICHAEL HILL, Appellant

### V.

### SHERMCO INDUSTRIES, Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-04535**

## ORDER

By letter dated September 14, 2012, the District Clerk of Dallas County informed appellant and this Court that the clerk's record had been prepared for this appeal; that no payment had been received; and that the record would be delivered to this Court upon receipt of payment. On February 15, 2013, this Court received notice from appellant that he had paid a portion of the clerk's fee and that an arrangement had been made to pay the balance at a later date. We therefore **ORDER** the District Clerk of Dallas County to file, **by September 10, 2013**, either (1) the clerk's record, or (2) written verification that the clerk's record has not been paid for or payment arrangements have not been made. *We notify appellant that if we receive verification of no payment or arrangement for payment, the appeal will be dismissed for want of prosecution. See* TEX. R. APP. P. 37.3(b).

/s/ ELIZABETH LANG-MIERS
   JUSTICE